THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DAVID BRIAN ROPER, Defendant-Appellant.

(No. 54151;

First District—March 22, 1971.

*Rehearing denied July 12, 1971.*

*Abstract of Decision*

Opinion by Mr. JUSTICE GOLDBERG.

Robert E. Cherry, and Bellows, Bellows & Magidson, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Arthur L. Belkind, Assistant State's Attorneys, of counsel,) for the People.